# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JESUS GARCES, JAMES ESPINOSA, and<br>EDUARDO PINO<br><br>*Defendant(s)* | Case No. 8: 23-mj-1229 AEP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 25, 2023__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506 (a) and (b), and 21 U.S.C. § 960(b)(2)G) | While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Geordie A. Stutzman, Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3)

Date: 3/6/23

_____
*Judge's signature*

City and state: Tampa, Florida

ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## Introduction and Agent Background

1. I, Geordie A. Stutzman, am a Special Agent with the Federal Bureau of Investigation ("FBI"), and currently assigned to the Tampa Field Office. I have been a Special Agent with the FBI for approximately 14 years. I have conducted numerous criminal drug investigations of both domestic and international drug trafficking organizations involved in the manufacturing, distribution, and possession of controlled substances such as cocaine, methamphetamine, marijuana etc.

2. From February 2013 through July 2019 and from August 2022 through the present, I have been assigned as a Special Agent to the Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") composed of the following agencies: the Drug Enforcement Administration, the FBI, Immigration and Customs Enforcement, Homeland Security Investigations, Coast Guard Investigative Service, the United States Coast Guard ("USCG"), and the United States Attorney's Office of the Middle District of Florida. Special Agents assigned to Operation Panama Express investigate Transnational Criminal Organizations that utilize maritime conveyances to smuggle illicit drugs through international waters of the Pacific Ocean and Caribbean Sea for later distribution into the United States of America.

## Statutory Authority

3. This affidavit is submitted in support of a criminal complaint and the issuance of arrest warrants for the following individuals:

a. **JESUS GARCES (Colombian National),**

b. **JAMES ESPINOSA (Panamanian National)**

c. **LUIS GALAN HERNANDEZ VAZQUEZ, alias EDUARDO PINO (Panamanian National),**

for knowingly and willfully conspiring to possess with the intent to distribute one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), and 21 U.S.C § Section 960(b)(2)(G).

4. The information contained herein is either personally known to me or has been provided to me by other law enforcement officers with whom I have worked on this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the criminal charges set forth herein and, therefore, does not contain each and every fact known to me or other law enforcement agents concerning this investigation.

5. The United States Coast Guard has the authority under 14 U.S.C. § 89 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce federal laws.

## Probable Cause

6. On or about February 25, 2023, while on routine patrol in the Eastern Pacific Ocean, a Maritime Patrol Aircraft ("MPA") located a suspect go-fast vessel

2

("GFV") displaying no indicia of nationality approximately 150 nautical miles NW of Buenaventura, Colombia, in international waters. The United States Ship ("USS") FARRAGUT was diverted to investigate the GFV. The USS FARRAGUT launched a law enforcement helicopter as well as a small boat with a USCG boarding team (BT) aboard to investigate. The helicopter employed warning shots which were effective allowing the BT to obtain positive control of the GFV.

7. Crewmembers aboard the suspect GFV initially identified themselves to the BT as **JESUS GARCES, JAMES ESPINOSA, and EDUARDO PINO**. Law enforcement personnel later discovered an identification among personnel effects showing **alias PINO**'s true name to be **LUIS GALAN HERNANDEZ VAZQUEZ**.

8. The master of the suspect GFV was identified as **GARCES**. No registration number, no vessel name, nor any homeport, were observed by the USCG boarding team on the vessel hull. The master of the vessel made a verbal claim of Panamanian Nationality for the vessel. However, Panamanian Authorities were unable to confirm or deny Panamanian registry for the GFV. The USCG then assimilated the GFV as stateless and subject to the laws of the United States. The USCG boarding team subsequently conducted a law enforcement boarding of the GFV.

9. The boarding team conducted Narcotic Identification Kit (NIK) tests aboard the GFV which were positive for marijuana. The USCG subsequently seized from the GFV 901 brick-sized packages of suspected marijuana weighing approximately 1,986 lbs and detained the three crewmembers.

3

## Conclusion

10. Based upon the foregoing information, I respectively submit that probable cause exists to believe that **JESUS GARCES, JAMES ESPINOSA, and LUIS GALAN HERNANDEZ VAZQUEZ, alias EDUARDO PINO**, while aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(2)G).

Geordie A. Stutzman
Special Agent, FBI

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), before me this ___6___ day of March, 2023.

ANTHONY E. PORCELLI
United States Magistrate Judge

4